AO-10 (w)
Rev 1/98

# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report Required by the Ethics Reform Act of 1989, Pub L No. 101-194, November 30, 1989 (5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barry, Maryanne T. | US Court of Appeals 3rdCircuit | 06/14/1999 |

| Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | X Nomination, Date 6 /17/99 <br><br> ___ Initial ___ Annual ___ Final | 01/01/1998 to 05/30/1999 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| USPO & Courthouse <br><br> Newark, NJ 07101 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## . POSITIONS  *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | ☐ NONE (No reportable positions.) | |
| 1 | Member | Midland Associates L.L.C. |
| 2 | Member | Park Briar Associates, L.L.C. |
| 3 | Co-Trustee | Maryanne T. Barry Trust |

## I. AGREEMENTS  *(Reporting individual only; see pp.14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☒ NONE (No reportable agreements.) | |
| 2 | | |
| 3 | | |

## II. NON-INVESTMENT INCOME  *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | ☐ NONE (No reportable non-investment income.) | | |
| | 1998 | Barry & McMoran (S) - Legal Services | |
| 2 | 1998 | Tompkins, McGuire, Wachenfeld, & Barry LLP (S) - Legal Services | |
| 3 | 1999 | Tompkins, McGuire, Wachenfeld, & Barry LLP (S) - Legal Services | |
| 4 | | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements received by spouse and dependent children, respectively. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate gifts received by spouse and dependent children, respectively. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 33-35 of Instructions.)*

| | CREDITOR<br>NONE (No reportable liabilities.) | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | Prudential Securities (S) | Margin Loan | P |
| 2 | PaineWebber Inc. | Margin Loan | P |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Midland Associates, L.L.C. Brooklyn, NY | G | LLC | M | U | | | | | |
| 2 Park Briar Associates, L.L.C. Brooklyn, NY | F | LLC | J | U | | | | | |
| 3 Maryanne T. Barry Trust Garden City, NY | F | TRUST | N | U | | | | | |
| 4 Clyde Hall, Inc Brooklyn, NY | D | S-CORP | J | U | | | | | |
| 5 Highlander Hall, Inc. Brooklyn, NY | E | S-CORP | J | U | | | | | |
| 6 Coronet Hall, Inc. Brooklyn, NY | E | S-CORP | J | U | | | | | |
| 7 All County Building Supply Manhasset, NY | G | S-CORP | L | U | | | | | |
| 8 Apartment Management Associates, Inc. Brooklyn, NY | G | S-CORP | O | U | | | | | |
| 9 Sussex Hall, Inc Brooklyn, NY | A | S-CORP | J | U | | | | | |
| 10 Trump Village Construction Corp. Brooklyn, NY | A | S-CORP | J | U | | | | | |
| 11 Wexford Hall, Inc. Brooklyn, NY | A | S-CORP | J | U | | | | | |
| 12 Chelsea Hall, L.L.C. Brooklyn, NY | A | LLC | J | U | | | | | |
| 13 Wilshire Hall, L.L.C. Brooklyn, NY | A | LLC | J | U | | | | | |
| 14 Beach Haven Shopping Center LLC Brooklyn, NY | A | LLC | J | U | | | | | |
| 15 Shore Haven Shopping Center, L.L.C. Brooklyn, NY | | None | J | U | | | | | |
| 16 Beach Haven Apartments #3, L.L.C. Brooklyn, NY | A | LLC | J | U | | | | | |
| 17 Fontainbleau Apartments, L.L.C. Brooklyn, NY | A | LLC | J | U | | | | | |

1 Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4) F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3) O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2) U=Book Value  V=Other  W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS – income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.*<br>*Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 Lawrence Towers Apartments, L.L.C. Brooklyn, NY | A | LLC | J | U | | | | | |
| 19 Beach Haven Apartments #1, Inc Brooklyn, NY | B | S-CORP | J | U | | | | | |
| 20 Shore Haven Apartments #1, Inc. Brooklyn, NY | B | S-CORP | J | U | | | | | |
| 21 Country Properties, L.L.C. Brooklyn, NY | | None | J | U | | | | | |
| 22 Country Apartments, L.L.C. Brooklyn, NY | | None | N | U | | | | | |
| 23 Tysens Park Apartments, L.L.C. Brooklyn, NY | | None | J | U | BUY | 10/1 98 | J | | |
| 24 CMA Money Fund (S) | E | Dividend | M | T | | | | | |
| 25 Prudential Money Market (S) | | None | | | Redemption | 1/2 98 | J | | |
| 26 Fred C. Trump III Trust 1976 - List of assets: | | | | | | | | | |
| 27 Cash | A | Interest | K | T | | | | | |
| 28 Mortgage Receivable - Shore Haven Apartments #1 Inc | F | Interest | N | T | | | | | |
| 29 Mortgage Receivable - Fontainbleau Apartments LLC | E | Interest | M | T | | | | | |
| 30 Mortgage Receivable - Beach Haven Apartments #1 | D | Interest | L | T | | | | | |
| 31 Mortgage Receivable - Chelsea Hall, LLC | C | Interest | K | T | | | | | |
| 32 Elizabeth J. Trump Trust - List of assets: | | | | | | | | | |
| 33 Cash | A | Interest | K | T | | | | | |
| 34 Mortgage Receivable - Shore Haven Apartments #1 Inc | F | Interest | O | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 3 INVESTMENTS and TRUSTS — income, value, transactions    *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35   Mortgage Receivable - Fontainebleau Apartments LLC | E | Interest | M | T | | | | | |
| 36   Mortgage Receivable - Chelsea Hall LLC | D | Interest | L | T | | | | | |
| 37 Donald J. Trump Trust - List of assets: | | | | | | | | | |
| 38   Cash | B | Interest | K | T | | | | | |
| 39   Mortgage Receivable - Shore Haven Apartments #1 Inc | F | Interest | O | T | | | | | |
| 40   Mortgage Receivable - Fontainebleau Apartments LLC | D | Interest | M | T | | | | | |
| 41   Mortgage Receivable - Chelsea Hall LLC | E | Interest | M | T | | | | | |
| 42 Maryanne Barry "Fred" Trust - List of assets: | | | | | | | | | |
| 43   Land | D | Rent | M | U | | | | | |
| 44 Maryanne Barry "Eliz" Trust - List of assets: | | | | | | | | | |
| 45   Land | D | Rent | L | U | | | | | |
| 46 Maryanne T. Barry Trust - List of assets: | | | | | | | | | |
| 47   Cash | B | Interest | K | T | | | | | |
| 48   Mortgage Receivable - Shore Haven Apartments #1, Inc | F | Interest | N | T | | | | | |
| 49   Mortgage Receivable - Chelsea Hall LLC | D | Interest | L | T | | | | | |
| 50 David W. Desmond Trust - List of assets: | | | | | | | | | |
| 51   Cash | A | Interest | K | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 Mortgage Receivable - Shore Haven Apartments #1, Inc. | E | Interest | N | T | | | | | |
| 53 Mortgage Receivable - Fontainebleau Apartments, LLC | D | Interest | L | T | | | | | |
| 54 Mortgage Receivable - Beach Haven Apartments #1, Inc. | D | Interest | L | T | | | | | |
| 55 Mortgage Receivable - Chelsea Hall, LLC | C | Interest | K | T | | | | | |
| 56 Loan Receivable - Maryanne Barry | | None | J | T | | | | | |
| 57 Robert S. Trump Trust - List of assets: | | | | | | | | | |
| 58 Cash | B | Interest | K | T | | | | | |
| 59 Mortgage Receivable - Shore Haven Apartments #1, Inc. | F | Interest | O | T | | | | | |
| 60 Mortgage Receivable - Fontainebleau Apartments, LLC | D | Interest | M | T | | | | | |
| 61 Mortgage Receivable - Chelsea Hall, LLC | E | Interest | M | T | | | | | |
| 62 Mary Trump Trust 1976 - List of assets: | | | | | | | | | |
| 63 Cash | A | Interest | L | T | | | | | |
| 64 Mortgage Receivable - Shore Haven Apartments #1, Inc. | E | Interest | N | T | | | | | |
| 65 Mortgage Receivable - Fontainebleau Apartments LLC | E | Interest | M | T | | | | | |
| 66 Mortgage Receivable - Beach Haven Apartments #1, Inc | D | Interest | L | T | | | | | |
| 67 Mortgage Receivable - Chelsea Hall, LLC | D | Interest | K | T | | | | | |
| 68 MAT GR-TR, FBO Elizabeth Trump Grau - List of assets: | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 5  INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE  (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69  Shore Haven Apartments #1, Inc. | G | S-Corp | P1 | U | | | | | |
| 70  Sussex Hall, Inc. | E | S-Corp | M | U | | | | | |
| 71  Beach Haven Apartments #1, Inc. | G | S-Corp | P1 | U | | | | | |
| 72  Beach Haven Apartments #3, LLC | E | LLC | N | U | | | | | |
| 73  Trump Village Construction Corp. | G | S-Corp | P1 | U | | | | | |
| 74  Wexford Hall, Inc. | F | S-Corp | N | U | | | | | |
| 75 MAT GR-TR, FBO Maryanne Trump Barry - List of assets: | | | | | | | | | |
| 76  Shore Haven Apartments #1, Inc | G | S-Corp | P1 | U | | | | | |
| 77  Sussex Hall, Inc | E | S-Corp | M | U | | | | | |
| 78  Beach Haven Apartments #1, Inc. | G | S-Corp | P1 | U | | | | | |
| 79  Beach Haven Apartments #3, LLC | E | LLC | N | U | | | | | |
| 80  Trump Village Construction Corp. | G | S-Corp | P1 | U | | | | | |
| 81  Wexford Hall, Inc. | F | S-Corp | N | U | | | | | |
| 82 MAT GR-TR, FBO Robert S. Trump - List of assets: | | | | | | | | | |
| 83  Shore Haven Apartments #1, Inc. | G | S-Corp | P1 | U | | | | | |
| 84  Sussex Hall, Inc. | E | S-Corp | M | U | | | | | |
| 85  Beach Haven Apartments #1, Inc. | G | S-CORP | P1 | U | | | | | |

| 1 Inc/Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- |
| (Col. B1, D4)  F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes:  J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| --- | --- | --- | --- | --- |
| (Col. C1, D3)  O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| --- | --- | --- | --- |
| (Col. C2)  U=Book Value | V=Other | W=Estimated | |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 86 Beach Haven Apartments #3, LLC. | E | LLC | N | U | | | | | |
| 87 Trump Village Construction Corp. | G | S-Corp | P1 | U | | | | | |
| 88 Wexford Hall, Inc. | F | S-Corp | N | U | | | | | |
| 89 FCT GR-TR, FBO Robert S. Trump - List of assets: | | | | | | | | | |
| 90 Shore Haven Apartments #1, Inc. | G | S-Corp | P1 | U | | | | | |
| 91 Sussex Hall, Inc. | E | S-Corp | M | U | | | | | |
| 92 Beach Haven Apartments #1, Inc. | G | S-Corp | P1 | U | | | | | |
| 93 Beach Haven Apartments #3, Inc. | E | LLC | N | U | | | | | |
| 94 Trump Village Construction Corp. | G | S-Corp | P1 | U | | | | | |
| 95 Wexford Hall, Inc. | F | S-Corp | N | U | | | | | |
| 96 Loan - Beach Haven Apartments #1, Inc. | E | Interest | | | Repaid | 2/22 99 | N | | |
| 97 FCT GR-TR, FBO Elizabeth Trump Grau - List of assets: | | | | | | | | | |
| 98 Shore Haven Apartments #1, Inc. | G | S-Corp | P1 | U | | | | | |
| 99 Sussex Hall, Inc. | E | S-Corp | M | U | | | | | |
| 100 Beach Haven Apartments #1, Inc. | G | S-Corp | P1 | U | | | | | |
| 101 Beach Haven Apartments #3, LLC | E | LLC | N | U | | | | | |
| 102 Trump Village Construction Corp. | G | S-Corp | P1 | U | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 103 Wexford Hall, Inc | F | S-CORP | N | U | | | | | |
| 104 Loan - Beach Haven Apartments #1, Inc. | E | Interest | | | Repaid | 2/22 99 | N | | |
| 105 FCT GR-TR, FBO Maryanne Trump Barry - List of assets: | | | | | | | | | |
| 106 Shore Haven Apartments #1, Inc. | G | S-Corp | P1 | U | | | | | |
| 107 Sussex Hall, Inc. | E | S-Corp | M | U | | | | | |
| 108 Beach Haven Apartments #1, Inc. | E | S-Corp | P1 | U | | | | | |
| 109 Beach Haven Apartments #3, LLC | E | LLC | N | U | | | | | |
| 110 Trump Village Construction Corp. | G | S-Corp | P1 | U | | | | | |
| 111 Wexford Hall, Inc. | F | S-Corp | N | U | | | | | |
| 112 Loan - Beach Haven Apartments #1, Inc. | E | Interest | | | Repaid | 2/22 99 | N | | |
| 113 Chase Manhattan Bank | E | Interest | L | T | | | | | |
| 114 20000 Airboss of America Corp common (S) | | None | | | Exchange | 6/17 98 | J | | |
| 115 20000 Airboss of America Corp common (S) | | None | | | Exchange | 6/17 99 | J | | |
| 116 60000 Airboss of America Corp common (S) | | None | | | BUY | VAR 99 | K | | |
| 117 60000 Airboss of America Corp common (S) | | None | | | Exchange | 06/17 98 | L | | |
| 118 25000 Airboss of America Corp common (S) | | None | L | T | Exchange | 06/17 99 | L | | |
| 119 100 CALL Asyst Technologies Inc June 22 1/2 (S) | | None | | | BUY | 5/5 99 | K | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 8 INVESTMENTS and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 120 100 CALL Asyst Technologies Inc June 22 1/2 (S) | | None | | | SELL | 6/22 98 | J | | |
| 121 20000 Compaq Computer Corp common (S) | A | Dividend | | | BUY | VAR 98 | O | | |
| 122 20000 Compaq Computer Corp common (S) | | None | | | SELL | 8/28 98 | O | E | |
| 123 5000 Digital Equipment Corp common (S) | | None | | | SELL | 1/27 98 | N | E | |
| 124 100 CALL Digital Equipment Corp JAN 55 (S) | | None | | | SELL | 1/20 98 | J | | |
| 125 10000 Nabors Industries Inc common (S) | | None | | | BUY | 3/2 98 | M | | |
| 126 10000 Nabors Industries Inc common (S) | | None | | | SELL | 3/25 98 | N | E | |
| 127 10000 Newmont Mining Corp common (S) | A | Dividend | | | BUY | 3/26 98 | N | | |
| 128 10000 Newmont Mining Corp common (S) | | None | | | SELL | 10/7 98 | N | | |
| 129 10000 Staff Leasing Inc common (S) | | None | | | BUY | 4/24 98 | N | | |
| 130 10000 Staff Leasing Inc common (S) | | None | | | SELL | 6/2 98 | N | | |
| 131 5000 Winstar Communications Inc common (S) | | None | | | SELL | 3/25 98 | M | F | |
| 132 10000 Winstar Communications Inc common (S) | | None | | | BUY | 1/8 98 | N | | |
| 133 10000 Winstar Communications Inc common (S) | | None | | | SELL | 3/25 98 | N | G | |
| 134 100 CALL Winstar Comm Jan 30 (S) | | None | | | BUY | 1/12 98 | J | | |
| 135 100 CALL Winstar Comm Jan 30 (S) | | None | | | SELL | 1/15 98 | K | E | |
| 136 100 CALL Winstar Comm Apr 30 (S) | | None | | | SELL | 2/26 98 | L | E | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 9 INVESTMENTS and TRUSTS -- income, value, transactions  (Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)

| A.<br>Description of Assets<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 137 50 CALL Winstar Comm April 30 (S) | | None | | | BUY | 1/8 91 | J | | |
| 138 50 CALL Winstar Comm April 30 (S) | | None | | | SELL | 2/26 99 | K | E | |
| 139 50 CALL Winstar Comm April 30 (S) | | None | | | BUY | 1/8 91 | J | | |
| 140 50 CALL Winstar Comm April 30 (S) | | None | | | SELL | 2/26 91 | K | E | |
| 141 100 CALL Winstar Comm April 45 (S) | | None | | | BUY | 3/24 91 | K | | |
| 142 100 CALL Winstar Comm April 45 (S) | | None | | | SELL | 3/27 91 | K | D | |
| 143 100 CALL Winstar Comm MAY 40 (S) | | None | | | BUY | 5/7 91 | J | | |
| 144 100 CALL Winstar Comm MAY 40 (S) | | None | | | SELL | 5/18 91 | J | | |
| 145 200 CALL Winstar Comm AUG 40 (S) | | None | | | BUY | VAR 91 | K | | |
| 146 200 CALL Winstar Comm AUG 40 (S) | | None | | | SELL | 8/24 91 | J | | |
| 147 200 CALL Winstar Comm DEC 30 (S) | | None | | | BUY | 11/11 98 | L | | |
| 148 200 CALL Winstar Comm DEC 30 (S) | | None | | | SELL | VAR 99 | L | E | |
| 49 100 CALL Winstar Comm DEC 35 (S) | | None | | | BUY | 12/8 91 | J | | |
| 50 100 CALL Winstar Comm DEC 35 (S) | | None | | | Exercised | 12/18 98 | J | | |
| 51 10000 Asyst Techs Inc common (S) | | None | | | BUY | 3/24 98 | M | | |
| 52 10000 Asyst Techs Inc common (S) | | None | | | SELL | 2/5 99 | M | E | |
| 53 10000 Asyst Techs Inc common (S) | | None | | | BUY | 01/20 99 | M | | |

1 Inc/Gain Codes: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000
(Col. B1, D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000 N=$250,001-$500,000
(Col. C1, D3) O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market
(Col. C2) U=Book Value V=Other W=Estimated

## VII. Page 10 INVESTMENTS and TRUSTS -- income, value, transactions   *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE   (No reportable income, assets, or transactions.) | | | | | | | | | |
| 154  10000 Asyst Techs Inc common (S) | | None | | | SELL | 2/5 99 | M | | |
| 155  100 CALL Asyst Technologies Inc FEB 25 (S) | | None | | | BUY | 01/20 99 | K | | |
| 156  100 CALL Asyst Technologies Inc FEB 25 (S) | | None | | | SELL | 2/5 99 | J | | |
| 157  100 CALL Asyst Technologies Inc MAY 15 (S) | | None | | | BUY | 4/5 99 | K | | |
| 158  100 CALL Asyst Technologies Inc MAY 15 (S) | | None | | | SELL | 4/26 99 | K | E | |
| 159  20000 NBTY Inc common (S) | | None | | | BUY | 11/23 98 | M | | |
| 160  20000 NBTY Inc common (S) | | None | | | SELL | 2/5 99 | M | | |
| 161  200 CALL NBTY Inc MAR 7 (S) | | None | | | BUY | 03/22 99 | J | | |
| 162  200 CALL NBTY Inc MAR 7 (S) | | None | | | SELL | 1/12 99 | K | E | |
| 163  40000 Winstar Communications Inc common (S) | | None | | | BUY | VAR 98 | P1 | | |
| 164  65000 Winstar Communications Inc common (S) | | None | | | SELL | VAR 98 | P1 | H1 | |
| 165  200 CALL Winstar Communications MAR 30 (S) | | None | | | BUY | VAR 99 | M | | |
| 166  200 CALL Winstar Communications MAR 30 (S) | | None | | | Exercised | 3/19 99 | M | | |
| 167  300 CALL Winstar Communications MAY 40 (S) | | None | | | BUY | VAR 99 | M | | |
| 168  100 CALL Winstar Communications MAY 40 (S) | | None | | | SELL | VAR 99 | M | F | |
| 169  200 Call Winstar Communications MAY 40 (S) | | None | | | Exercised | 5/21 99 | L | | |
| 170  100 CALL Winstar Communications MAY 45 (S) | | None | | | BUY | 4/28 99 | L | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 06/14/1999 |

## VII. Page 11 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets  Indicate where applicable, owner of asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.  Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 171 100 CALL Winstar Communications MAY 45 (S) | | None | | | SELL | 5/13 99 | L | E | |
| 172 200 PUT Winstar Communications MAY 50 (S) | | None | | | BUY | VAR 99 | J | | |
| 173 200 PUT Winstar Communications MAY 50 (S) | | None | | | SELL | VAR 99 | L | F | |
| 174 10000 Asyst Techs Inc common (S) | | None | M | T | BUY | 6/30 99 | M | | |
| 175 20000 Asyst Techs Inc common (S) | | None | N | T | BUY | 5/14 99 | N | | |
| 176 10000 Asyst Techs Inc common (S) | | None | M | T | BUY | 5/21 99 | M | | |
| 177 10000 Incyte Pharms Inc common (S) | | None | M | T | BUY | 4/6 99 | M | | |
| 178 10000 Incyte Pharms Inc common (S) | | None | M | T | BUY | 4/12 99 | M | | |
| 179 10000 Incyte Pharms Inc common (S) | | None | M | T | BUY | 4/13 99 | N | | |
| 180 10000 Incyte Pharms Inc common (S) | | None | M | T | BUY | 5/12 99 | M | | |
| 181 100 CALL Incyte Pharms Inc JUN 22 (S) | | None | K | T | BUY | 4/8 99 | K | | |
| 182 10000 Pillowtex Corp common (S) | | None | M | T | BUY | 4/19 99 | M | | |
| 183 500 Pillowtex Corp common (S) | | None | J | T | BUY | 5/14 99 | J | | |
| 184 10000 Winstar Communications Inc common (S) | | None | O | T | BUY | 5/21 99 | N | | |
| 185 5000 Winstar Communications Inc common (S) | | None | N | T | BUY | 5/19 99 | M | | |
| 186 10000 Winstar Communications Inc common (S) | | None | O | T | BUY | 6/2 99 | N | | |
| 187 5000 Winstar Communications Inc common (S) | | None | N | T | BUY | 7/14 99 | M | | |

1 Inc/Gain Codes:   A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 12 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 188 10000 Winstar Communications Inc common (S) | | None | O | T | BUY | 9/29 98 | N | | |
| 189 10000 Winstar Communications Inc common (S) | | None | O | T | BUY | 11/9 98 | N | | |
| 190 6000 Winstar Communications Inc common (S) | | None | N | T | BUY | 12/18 98 | M | | |
| 191 5000 Winstar Communications Inc common (S) | | None | N | T | BUY | 12/18 98 | M | | |
| 192 4000 Winstar Communications Inc common (S) | | None | M | T | BUY | 12/18 98 | M | | |
| 193 10000 Winstar Communications Inc common (S) | | None | O | T | BUY | 2/18 99 | N | | |
| 194 15000 Winstar Communications Inc common (S) | | None | O | T | BUY | 2/18 99 | N | | |
| 195 10000 Winstar Communications Inc common (S) | | None | O | T | BUY | 5/21 99 | N | | |
| 196 200 CALL Winstar Communications JUN 40 (S) | | None | M | T | BUY | 5/19 99 | M | | |
| 197 10000 Agouron Pharmaceuticals Inc common | | None | | | SELL | 11/20 98 | N | E | |
| 198 10000 Burlington Industries Inc common | | None | | | BUY | 2/12 97 | M | | |
| 199 10000 Burlington Industries Inc common | | None | | | SELL | 11/13 98 | M | | |
| 200 6000 Digital Equipment Corp common | | None | | | SELL | 1/27 98 | N | F | |
| 201 9000 Digital Equipment Corp common | | None | | | SELL | 6/16 99 | O | G | |
| 202 10000 Medtronic Inc common | B | Dividend | | | SELL | 11/20 99 | O | G | |
| 203 2500 Parkervision Inc common | | None | | | SELL | 11/13 98 | K | | |
| 204 2500 Parkervision Inc common | | None | | | SELL | 11/16 98 | K | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 13 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 205 10000 Pepsico Inc common | D | Dividend | | | SELL | 10/14 98 | N | E | |
| 206 1000 Tricon Global Restaurants common | | None | | | SELL | 10/14 98 | K | D | |
| 207 4000 Uromed Corp common | | None | | | SELL | 11/13 98 | J | | |
| 208 5000 Varian Associates common | B | Dividend | | | SELL | 10/14 98 | M | | |
| 209 100 CALL Intel | | None | | | SELL | 9/16 98 | L | | |
| 210 100 CALL Intel | | None | | | BUY | 11/11 98 | M | | |
| 211 100 CALL Intel | | None | | | SELL | 11/16 98 | K | | |
| 212 100 CALL Intel | | None | | | BUY | 11/25 98 | K | | |
| 213 75 CALL Cisco | | None | | | SELL | 8/24 98 | L | | |
| 214 75 CALL Cisco | | None | | | BUY | 8/31 98 | K | E | |
| 215 50 CALL Merck | | None | | | SELL | 10/13 98 | K | | |
| 216 50 CALL Merck | | None | | | BUY | 12/9 98 | M | | |
| 217 50 CALL Pfizer | | None | | | SELL | 10/28 98 | K | | |
| 218 50 CALL Pfizer | | None | | | BUY | 11/25 98 | K | | |
| 219 100 CALL Intel | | None | | | SELL | 11/25 98 | K | | |
| 220 100 CALL Intel | | None | | | BUY | 12/8 98 | L | | |
| 221 50 CALL Merck | | None | | | SELL | 1/15 98 | K | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 14 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 222 50 CALL Merck | | None | | | BUY | 4/14 91 | L | | |
| 223 75 CALL Cisco | | None | | | SELL | 3/27 91 | K | | |
| 224 75 CALL Cisco | | None | | | BUY | 8/24 91 | M | | |
| 225 100 CALL Intel | | None | | | SELL | 9/4 71 | K | | |
| 226 100 CALL Intel | | None | | | BUY | 9/16 97 | L | | |
| 227 50 CALL Merck | | None | | | SELL | 9/4 91 | K | | |
| 228 50 CALL Merck | | None | | | BUY | 10/13 78 | K | | |
| 229 100 CALL Agouron | | None | | | SELL | 9/23 98 | K | | |
| 230 100 CALL Agouron | | None | | | BUY | 10/16 91 | K | C | |
| 231 100 CALL Sun Microsystems | | None | | | SELL | 9/22 97 | K | | |
| 232 100 CALL Sun Microsystems | | None | | | BUY | 10/5 58 | J | E | |
| 233 50 CALL Amgen | | None | | | SELL | 9/22 78 | J | | |
| 234 50 CALL Amgen | | None | | | BUY | 10/7 78 | J | D | |
| 235 5000 Boston Scientific common | | None | | | Stock Split | 11/30 98 | | | |
| 236 5000 Boston Scientific common | | None | | | SELL | 1/25 99 | M | | |
| 237 5000 Boston Scientific common | | None | | | SELL | 1/26 99 | M | | |
| 238 1250 Cisco Systems common | | None | | | SELL | 1/25 99 | M | F | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 15 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 239 150 CALL Compaq | | None | | | SELL | 3/24 99 | L | | |
| 240 150 CALL Compaq | | None | | | BUY | 4/21 99 | K | E | |
| 241 50 CALL Amgen | | None | | | SELL | 1/28 99 | K | | |
| 242 50 CALL Amgen | | None | | | BUY | 2/2 98 | L | | |
| 243 50 CALL Pfizer | | None | | | SELL | 11/25 98 | L | | |
| 244 50 CALL Pfizer | | None | | | BUY | 2/18 99 | L | | |
| 245 100 CALL Amgen | | None | | | SELL | 2/2 99 | L | | |
| 246 100 Call Amgen | | None | | | BUY | 4/21 99 | K | E | |
| 247 200 CALL Intel | | None | | | SELL | 12/8 98 | L | | |
| 248 200 CALL Intel | | None | | | BUY | 4/26 99 | L | E | |
| 249 150 CALL Nextel | | None | K | T | SELL | 4/9 99 | L | | |
| 250 10000 Allstate Corp common | | None | N | T | BUY | 4/15 99 | N | | |
| 251 5000 Amer Intl Group Inc common | A | Dividend | O | T | BUY | 10/14 91 | N | | |
| 252 5000 Amgen Inc common | | None | | | Stock Split | 2/26 99 | | | |
| 253 10000 Amgen Inc common | | None | O | T | | | | | |
| 254 20000 Asyst Technologies Inc common | | None | N | T | | | | | |
| 255 5000 Caterpillar Inc common | C | Dividend | N | T | BUY | 12/11 91 | M | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 16 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 256 10000 Centocor Inc common | | None | N | T | BUY | 12/18 97 | N | | |
| 257 3750 Cisco Systems Inc common | | None | | | Stock Split | 9/15 97 | | | |
| 258 10000 Cisco Systems Inc common | | None | P1 | T | | | | | |
| 259 15000 Compaq Computer Corp common | A | Dividend | N | T | BUY | VAR 98 | N | | |
| 260 10000 Data General Corp common | | None | M | T | BUY | 1/7 99 | M | | |
| 261 10000 General Electric common | E | Dividend | P1 | T | | | | | |
| 262 10000 Intel Corp common | | None | | | Stock Split | 4/15 99 | | | |
| 263 20000 Intel Corp common | B | Dividend | P1 | T | | | | | |
| 264 5000 Intl Business Machines common | A | Dividend | O | T | BUY | 1/25 99 | N | | |
| 265 10000 Lucent Technologies Inc common | A | Dividend | O | T | BUY | 11/13 98 | N | | |
| 266 5000 MCI Worldcom Inc common | | None | N | T | BUY | 1/8 99 | N | | |
| 267 5000 Merck & Co common | | None | | | Stock Split | 2/16 98 | | | |
| 268 10000 Merck & Co common | D | Dividend | O | T | | | | | |
| 269 15000 Nextel Communications Inc common | | None | O | T | | | | | |
| 270 2500 Pfizer Inc common | B | Dividend | N | T | | | | | |
| 271 2500 Pfizer Inc common | B | Dividend | N | T | BUY | 3/18 98 | M | | |
| 272 2500 Pfizer Inc common | B | Dividend | N | T | BUY | 2/18 97 | N | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 17 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 273  10000 Sun Microsystems Inc common | | None | | | Stock Split | 4/14 99 | | | |
| 274  20000 Sun Microsystems Inc common | | None | P1 | T | | | | | |
| 275  40000 Trump Hotel & Casino Resorts Inc common | | None | M | T | | | | | |
| 276  60000 Trump Hotels & Casino Resorts Inc common | | None | M | T | BUY | 10/8 98 | M | | |
| 277  15000 Winstar Communications Inc common | | None | O | T | | | | | |
| 278  The Mary Anne Trump Qualified Personal Res.Trust - Assets: | | | | | | | | | |
| 279     Personal Residence -  New York, NY | | | P1 | Q | | | | | |
| 280  Chase Manhattan Bank - IRA List of Assets: | | | | | | | | | |
| 281     Dreyfus GNMA Fund | | | K | T | | | | | |
| 282  Merrill Lynch - IRA (S)  List of Assets: | | | O | T | | | | | |
| 283     ML Basic Value Fund CL A | | | | | | | | | |
| 284     ML Basic Value Fund CL B | | | | | | | | | |
| 285     ML Basic Value Fund CL D | | | | | | | | | |
| 286  PaineWebber Resource | | None | | | Redeemed | 1/2 98 | J | | |
| 287  Oakdale Investors, L.L.C. | A | LLC | J | U | BUY | 6/15 98 | J | | |
| 288  Sinclair Farms Investors, L.L.C. | A | LLC | J | U | BUY | 6/15 98 | J | | |
| 289  Ocean Air Investors, L.L.C. | A | LLC | J | U | BUY | 6/15 98 | J | | |

1 Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

1. Distributions were received from the following S Corps and Limited Liability Companies listed in Part VII.

| | |
| --- | --- |
| Midland Associates LLC | $ 40,000 |
| Park Briar Associates LLC | 72,000 |
| Highlander Hall, Inc. | 70,000 |
| Coronet Hall, Inc. | 30,000 |
| All County Building Supply & Maint. Co., Inc. | 1,024,690 |
| Apartment Management Assoc. Inc. | 1,056,825 |
| Clyde Hall, Inc. | 12,783 |
| Beach Haven Apartments #1, Inc. | 564 |
| Shore Haven Apartments #1, Inc. | 1420 |

2. The date of appraisal of the personal residence listed in The Mary Anne Trump Qualified Personal Residence Trust is June 8, 1998.

## IX. CERTIFICATION

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _Maryanne Trump Barry_     Date _June 17, 1999_

Note:    Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

**FILING INSTRUCTIONS**

**Mail original and three additional copies to:**

**Committee on Financial Disclosure**
**Administrative Office of the United States Courts**
**One Columbus Circle, N.E.**
**Suite 2-301**
**Washington, D.C. 20544**

MARYANNE AND JOHN BARRY

# FINANCIAL STATEMENT

## NET WORTH
May 31, 1999

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 343 | 888 | 42 | Notes payable to banks—secured | | | |
| U.S. Government securities—add schedule | | | | Notes payable to banks—unsecured | | | |
| Listed securities—add schedule | 11,997 | 078 | 78 | Notes payable to relatives | | | |
| Unlisted securities—add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | 5 | 000 | 00 |
| Due from relatives and friends | 1,370 | 000 | 00 | Unpaid income tax | | | |
| Due from others | | | | Other unpaid tax and interest | | | |
| Doubtful | | | | Real estate mortgages payable—add schedule | | | |
| Real estate owned—add schedule (home) (home) | 1,500 1,000 | 000 000 | 00 00 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts—itemize: | | | |
| Autos and other personal property | 450 | 000 | 00 | | | | |
| Cash value—life insurance | 39 | 000 | 00 | | | | |
| Other assets—itemize: Chase retirement (IRA) | 886 28 | 070 190 | 80 80 | | | | |
| Investments in closely held entities | 5,300 | 000 | 00 | | | | |
| | | | | Total Liabilities | 5 | 000 | 00 |
| | | | | Net Worth | 22,909 | 227 | 20 |
| Total Assets | 22,914 | 227 | 20 | Total Liabilities and net worth | 22,914 | 227 | 20 |
| CONTINGENT LIABILITIES | NONE | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule.) No | | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? No | | | |
| Legal Claims | | | | Have you ever taken bankruptcy? No | | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |